JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-305-BHS |
| Plaintiff, | ) | |
| v. | ) | ORDER TERMINATING SUPERVISED RELEASE |
| TIM CRAWFORD, | ) | |
| Defendant. | ) | |

This matter having come before the Court on the Defendant's Renewed Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Crawford's supervised release is warranted by the conduct of Mr. Crawford and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Crawford shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 29th day of July, 2024.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Crawford,* CR18-305-BHS)   - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1
2  Submitted by:
3  s/ *Gregory Murphy*
4  Assistant Federal Public Defender
   Attorney for Tim Crawford
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Crawford,* CR18-305-BHS)   - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100